IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RUSSELL BEST                                                                                         PLAINTIFF

V.                                              1:06CV00063-JFF

MICHEAL J. ASTRUE,
Commissioner, Social
Security Administration                                                                      DEFENDANT

**JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner REVERSED, and Judgment is entered in favor of Plaintiff.  This matter is reversed and remanded for calculation of benefits.  This is "sentence four remand" within the meaning of 42 U.S.C. § 405(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED this 14th day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE