**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

RUSSELL BEST                                                                                         PLAINTIFF

V.                                          1:06CV00063 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                        DEFENDANT

### ORDER

Pending before the Court is Plaintiff's Motion for Approval of Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA"), along with a Memorandum in Support (docket entries #13 and #14). Defendant has filed a Response (docket entry #15). For the reasons set forth herein, the Motion will be granted.

On November 21, 2006, Plaintiff filed this action challenging the decision of an Administrative Law Judge ("ALJ") denying him social security benefits (docket entry #2). On February 14, 2008, the Court entered a Memorandum and Order and Judgment (docket entries #11 and #12) remanding the case to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

On May 13, 2008, Plaintiff's attorney, Frederick S. "Rick" Spencer, filed a Motion for Approval of Application for Attorney Fees Under the EAJA. In this Motion, Mr. Spencer seeks payment for: (1) 3.75 hours of work performed by him at the rate of $150.00 per hour; (2) 8.00 hours of work performed by a paralegal at the rate of $75.00 per hour; and reimbursement for $47.53 in expenses. Defendant states that he has no objection to Plaintiff's request for attorney's fees and expenses.

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA, and that the amount requested by Plaintiff's attorney is reasonable. Accordingly, Plaintiff's attorney shall receive a total award of $1,210.03, which includes 3.75 hours of attorney time at the rate of $150.00 per hour ($562.50); 8.00 hours of paralegal time at the rate of $75.00 per hour ($600.00); and $47.53 in expenses.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Approval of Application for Attorney Fees Under the EAJA (docket entry #13) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Mr. Frederick S. "Rick" Spencer, attorney for Plaintiff, $1,210.03, which has been awarded as fees and expenses pursuant to the EAJA.

DATED this 6th day of June, 2008.

_____
UNITED STATES MAGISTRATE JUDGE